**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7379**

———————————

EDDIE PATRICK SIZEMORE,

　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　　versus

JACK LEE,

　　　　　　　　　　　　　　　　Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.　James C. Turk, District Judge.
(CA-98-552-R)

———————————

Submitted:　February 11, 1999　　　Decided:　February 24, 1999

———————————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Eddie Patrick Sizemore, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie Patrick Sizemore seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Sizemore v. Lee, No. CA-98-552-R (W.D. Va. Sept. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2